UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES CONNOR,

            Petitioner,

   v.

STEVE SINCLAIR,

           Respondent.

CASE NO. C13-5622 RBL-JRC

ORDER

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, [Dkt. #5], and the remaining record, does hereby find and Order:

(1)     The Court adopts the Report and Recommendation, petitioner's motion to proceed in forma pauperis is denied.

(2)     The Petitioner paid the $5 filing fee upon receipt of the Report and Recommendation. The Clerk can now file the complaint.

(3).     The Clerk is directed to send a copy of this Order to plaintiff, and to the Hon. J. Richard Creatura.

DATED this 3rd day of September, 2013.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1