UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES CONNOR,

                Petitioner,

    v.

STEVE SINCLAIR.

                Respondent.

CASE NO. C13-5622 RBL-JRC

ORDER

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation;

(2)    The Court denies the petition. The Court will not issue a Certificate of Appealability.

DATED this 22nd day of May, 2014.

_Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1